UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWAYNE HALL,

        Petitioner,        Case Number 1:08-CV-14889
                                        Honorable Thomas L. Ludington

v.

JOHN PRELESNIK,

        Respondent,
_____/

## JUDGMENT

In accordance with the opinion and order entered on today's date denying Petitioner Dwayne Hall's Petition for Writ of Habeas Corpus, it is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus [Dkt. #1] is **DISMISSED WITH PREJUDICE**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: June 9, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and on Dwayne Hall, #347194 at Richard A. Handlon Correctional Facility, 1728 Bluewater Highway, Ionia, MI 48846 by first class U.S. mail on June 9, 2011.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS